UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANCES HAROLD LANDEO JUAREZ,

Petitioner,

v.

Case No. 2:26-cv-2549-KCD-KRH

WARDEN, GLADES COUNTY DETENTION CENTER, U.S. ATTORNEY GENERAL,

Respondents.

_______________________________/

**ORDER**

Petitioner Frances Harold Landeo Juarez has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) He claims that the Attorney General is holding him illegally, and he is entitled to release or a bond hearing. Respondents concede that Petitioner is entitled to a bond hearing under 8 U.S.C. § 1226(a), but Juarez has filed no request for a bond hearing despite being represented by an attorney in removal proceedings. (Doc. 3.) Thus, the request for a bond hearing with this Court in the first instance is denied. *See Mondragon v. Warden*, No. 3:26-CV-1712-JEP-SJH, 2026 WL 2682000, at *2 (M.D. Fla. Sept. 14, 2026).

Juarez also argues that he is entitled to release because his detention has become unconstitutionally prolonged under the Fifth Amendment. The Court cannot agree. Juarez's "detention will not be indefinite, but rather will have a definite termination point when [his] immigration proceeding concludes." *Camargo v. Warden*, No. 0:26-CV-62130, 2026 WL 2723424, at *3 (S.D. Fla. Aug. 26, 2026). Juarez has appealed his removal order, so the removal proceedings are not yet final.

Juarez has not established that his current detention is unlawful. But he may return to challenge his revocation if his continued detention becomes unconstitutionally prolonged. Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to enter judgment, deny any pending motions as moot, and close this case.

**ORDERED** in Fort Myers, Florida on October 8, 2026.

Kyle C. Dudek
United States District Judge